IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re VIRGEL WILLIAMS,

No. C 13-3465 DMR (PR)

**ORDER OF TRANSFER**

_____/

Plaintiff, a state prisoner incarcerated at the Richard J. Donovan Correctional Facility ("RJDCF"), filed this *pro se* civil rights action under 42 U.S.C. § 1983. Plaintiff also filed an *in forma pauperis* application.

On August 23, 2013, Plaintiff consented to magistrate judge jurisdiction in this matter.

The acts complained of occurred at RJDCF, which is located in the Southern District of California, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Southern District of California. The Clerk of the Court shall transfer the case forthwith.

All remaining motions are TERMINATED on this Court's docket as no longer pending in this district.

IT IS SO ORDERED.

Dated: November 14, 2013

_____
DONNA M. RYU
United States Magistrate Judge

G:\PRO-SE\DMR\CR.13\Williams3465.transfer.wpd